IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>KEITH GRIMES,<br><br>         Defendant. | CRIMINAL ACTION<br>NO. 16-59 |

### ORDER

**AND NOW**, this 21st day of April 2016, upon consideration of Defendant Keith Grimes' Motion for Reconsideration of Pretrial Detention (Doc. No. 11), the Government's Opposition to Defendant's Motion for Bail (Doc. No. 20), the arguments made by counsel for the parties at the April 15, 2016 hearing at which Defendant was present, and in accordance with the Opinion of the Court issued this day, it is hereby **ORDERED** that Defendant's Motion for Reconsideration of Pretrial Detention (Doc. No. 11) is **DENIED**.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.