IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>KEITH GRIMES,<br><br>               Defendants. | CIVIL ACTION<br>NO. 16-59 |

**ORDER**

**AND NOW**, this 7th day of April 2022, upon consideration of Defendant Keith Grimes's Motion to Suppress Evidence (Doc. No. 86), the Government's Response in Opposition (Doc. No. 87), the testimony at the hearing held on July 20, 2021 (Doc. No. 129), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion to Suppress Evidence (Doc. No. 86) is **DENIED.**

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.