IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>KEITH GRIMES,<br><br>          Defendants. | CIVIL ACTION<br>NO. 16-59 |

## ORDER

**AND NOW**, this 10th day of June 2022, upon consideration of Defendant Keith Grimes's Second Motion to Suppress Evidence (Doc. No. 152), the Government's Response in Opposition (Doc. No. 154), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Second Motion to Suppress (Doc. No. 152) is **DENIED.**

                                        BY THE COURT:

                                        /s/ Joel H. Slomsky
                                        JOEL H. SLOMSKY, J.